Nathan, A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

MARKEITH GIVENS,

                                  Plaintiff,

-against-

CITY OF NEW YORK; OSTENDE ALVARADO; JOHN
AND JANE DOE 1 THROUGH 10,

                                  Defendants.
------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

15-CV-8318 (AJN) (KHP)

WHEREAS, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

Dated: New York, New York
       3 / 3 / , 2017
BRETT H. KLEIN, ESQ. PLLC
*Attorneys for Plaintiff*
305 Broadway, Suite 600
New York, NY 10007
212-335-0132

By: _____
    Brett H. Klein
    *Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
   City of New York
*Attorney for Defendants City of New York and Alvarado*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Colin Ceriello
*Assistant Corporation Counsel*

SO ORDERED:

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

Dated: April 21, 2017

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 21 2017
```